**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**FORT MYERS DIVISION**

EBRON EDMONDS,

Plaintiff,

v.

RESORT LIFESTYLE COMMUNITIES, INC.,

Defendant.

Case No. 2:23-cv-636-JES-KCD

Judge: Hon. John Steele

Magistrate Judge: Hon. Kyle Dudek

**UNOPPOSED MOTION FOR SPECIAL ADMISSION**

Christopher M. Jones, Esquire, moves for special admission to represent Resort Lifestyle Communities, Inc. in this action.

I am neither a Florida resident nor a member in good standing of The Florida Bar.

I am a member in good standing of the bar of multiple United States District Courts; specifically,

- The United States District Court for the Southern District of Ohio;
- The United States District Court for the Southern District of West Virginia;
- The United States District Court for the Northern District of West Virginia; and

- The United States District Court for the Eastern District of Michigan.

I have not abused the privilege of special admission by maintaining a regular law practice in Florida. I have initially appeared in the last thirty-six months in these cases in state or federal court in Florida:

- *Pedro v. Transdev Rail, Inc.*, Case No. 1:20-cv-25221-JEM (United States District Court for the Southern District of Florida, Miami Division; dismissed 10/25/2021)

I will comply with the federal rules and this Court's local rules.

I am familiar with 28 U.S.C. § 1927, which provides:

> Any attorney or other person admitted to conduct cases in any court of the United States or any Territory thereof who so multiplies the proceedings in any case unreasonably and vexatiously may be required by the court to satisfy personally the excess costs, expenses, and attorneys' fees reasonably incurred because of such conduct.

I have paid the fee for special admission or will pay the fee upon special admission.

I will register with the Court's CM/ECF system.

I affirm the oath, which states:

> I will support the Constitution of the United States. I will bear true faith and allegiance to the government of the United States. I will maintain the respect due to the courts of justice and all judicial officers. I will well and faithfully discharge my duties as an attorney and officer of this Court. I will conduct myself uprightly and according to the law and the recognized standards of ethics of the legal profession.

*/s/ Christopher M. Jones, Esq.*
Christopher M. Jones (OH # 0097556)
**DINSMORE & SHOHL LLP**
255 E. Fifth Street, Suite 1900
Cincinnati, OH 45202
Primary: christopher.jones@dinsmore.com
Phone: (513) 832-5455
Fax: (513) 977-8141

*Counsel for Defendant Resort Lifestyle Communities, Inc.*

## LOCAL RULE 3.01(G) CERTIFICATION

I have conferred with the opposing party and represent the opposing party consents to my special admission.

# CERTIFICATE OF SERVICE

I, the undersigned, do hereby certify that on November 10, 2023, the foregoing was electronically filed with the Clerk of Court using the ECF electronic filing system which electronically notifies the following:

Benjamin H. Yormak
Yormak Employment & Disability Law
27200 Riverview Center Blvd., Suite 109
Bonita Springs, FL 34134
Telephone: (239) 985-9691
Facsimile: (239) 288-2534
byormak@yormaklaw.com

*Counsel for Plaintiff*

*/s/ Brandon T. Holmes, Esq.*
Brandon T. Holmes (FL # 1007975)