UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

| | |
|---|---|
| **EBRON EDMONDS**, an individual,<br><br>Plaintiffs,<br><br>v.<br><br>**RESORT LIFESTYLE COMMUNITIES, INC.**, a Nebraska corporation,<br><br>Defendant. | **CIVIL ACTION**<br><br>**Case No. 2:23-cv-636-JES-KCD**<br><br>**Judge: John E. Steele**<br><br>**Mag. Judge: Kyle C. Dudek** |

## PLAINTIFF'S UNOPPOSED MOTION TO AMEND

**NOW COMES** the Plaintiff, by and through undersigned counsel, and hereby files this Motion to Amend, and states as follows:

1. This action was filed on August 17, 2023 against "Resort Lifestyle Communities, Inc.," which was believed to be the entity that employed the Plaintiff.

2. Through discovery, it has been determined that the entity that employed the Plaintiff was actually "Bradford Square Retirement Community, LLC."

3. When considering a motion to amend a pleading, the Court "should freely give leave when justice so requires." Fed. R. Civ. P. 15(a)(2). A plaintiff may

amend his complaint only with the defendant's written consent or leave of the court. *Id*.

4. Here, Plaintiff seeks leave to amend within the timeframe established by the Case Management & Scheduling Order (Doc. 19). Furthermore, it is in the interest of justice to allow the amendment in order to correct the name of the defendant to be that of Plaintiff's true employer. And, the Defendant has consented to the relief sought. Thus, it is respectfully submitted that this Motion ought to be granted.

5. Undersigned counsel conferred with counsel for the instant Defendant, who has indicated this Motion is unopposed.

WHEREFORE the Plaintiff respectfully requests the Court grant this motion, direct the Clerk to file the attached Amended Complaint, and grant all other relief deemed just and equitable.

Respectfully submitted,

Dated: December 13, 2023

**s/ Benjamin H. Yormak**___________
Benjamin H. Yormak
Florida Bar Number 71272
Trial Counsel for Plaintiff
YORMAK EMPLOYMENT & DISABILITY LAW
27200 Riverview Center Blvd., Suite 109
Bonita Springs, Florida 34134
Telephone: (239) 985-9691
Fax: (239) 288-2534
Email: byormak@yormaklaw.com

**CERTIFICATE OF SERVICE**

I hereby certify that on December 13, 2023, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system. I further certify that I mailed the foregoing document and the notice of electronic filing by first-class mail to the following non-CM/ECF participants: None.

**s/ Benjamin H. Yormak**
Benjamin H. Yormak