```
               UNITED STATES DISTRICT COURT
                MIDDLE DISTRICT OF FLORIDA
                    FORT MYERS DIVISION
```

EBRON EDMONDS,

      Plaintiff,

v.                              Case No: 2:23-cv-636-JES-KCD

BRADFORD SQUARE RETIREMENT COMMUNITY, LLC, A NEBRASKA LIMITED LIABILITY COMPANY,

      Defendant.

_____

**OPINION AND ORDER**

This matter is before the Court on consideration of the Magistrate Judge's Report and Recommendation (Doc. #40), filed on January 23, 205, recommending that the case be dismissed without prejudice for failure to prosecute. No objections have been filed and the time to do so has expired.

After conducting a careful and complete review of the findings and recommendations, a district judge may accept, reject or modify the magistrate judge's report and recommendation. 28 U.S.C. § 636(b)(1); Williams v. Wainwright, 681 F.2d 732 (11th Cir. 1982), cert. denied, 459 U.S. 1112 (1983). In the absence of specific objections, there is no requirement that a district judge review factual findings *de novo*, Garvey v. Vaughn, 993 F.2d 776, 779 n.9 (11th Cir. 1993), and the court may accept, reject or modify, in

whole or in part, the findings and recommendations. 28 U.S.C. § 636(b)(1).

Plaintiff has ignored discovery requests, ignored the Court's order to serve full and complete responses to discovery, and avoided defense counsel's attempts to discuss the matter. After conducting an independent examination of the file, the Court accepts the Report and Recommendation of the magistrate judge.

Accordingly, it is now

**ORDERED**:

1. The Report and Recommendation (Doc. #40) is hereby **adopted**, and the findings incorporated herein.

2. The Clerk shall enter judgment dismissing the case without prejudice, terminate all pending motions and deadlines, and close the file.

**DONE and ORDERED** at Fort Myers, Florida, this ___10th___ day of February 2025.

_____
JOHN E. STEELE
SENIOR UNITED STATES DISTRICT JUDGE

Copies:
Hon. Kyle C. Dudek
United States Magistrate Judge

Counsel of Record
Unrepresented parties